# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 18-12211-AMC

GUY ALSTON, IV

4723 BLEIGH AVENUE

PHILADELPHIA, PA 19136

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    GUY ALSTON, IV

    4723 BLEIGH AVENUE

    PHILADELPHIA, PA 19136

Counsel for debtor(s), by electronic notice only.

    SCOTT F. WATERMAN ESQ
    110 W FRONT ST

    MEDIA, PA 19163-

Date: 6/6/2018

                                      /S/ William C. Miller
                                      _____
                                      William C. Miller, Esquire
                                      Chapter 13 Standing Trustee