UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re                                                       :        Chapter 13
                                                            :        Bankruptcy No. 18-12211AMC
        GUY ALSTON, IV                                      :
                                  Debtor                    :

## CONSENT ORDER (DEBTOR NOT SEEKING NOR ENTITLED TO DISCHARGE)

        **AND NOW,** this _____ day of _____, 2018, upon agreement of the
parties as to whether debtors is entitled to a discharge, it is

        **ORDERED,** that pursuant to 11 U.S.C. Section 1328(f)(1) and in light of debtor
receiving a Chapter 7 discharge in Bankruptcy Case No 17-11526 on 11/13/17, which was during
the 4 year period preceding the date of the filing under the instant Chapter 13 case filed on April
2, 2018, the court shall not grant a discharge in the instant case.

Date:  October 9, 2018

*/s/ Scott F. Waterman*
Scott F. Waterman, Esquire
Attorney for Debtor

/s/ Jack K. Miller, Esquire

_____
Jack K. Miller, Esquire
for William C. Miller, Esquire
Chapter 13 Standing Trustee

                                    BY THE COURT

                                    _____
                                    HONORABLE ASHELY M. CHAN
                                    BANKRUTPCY JUDGE

Scott F. Waterman, Esquire
110 West Front Street
Media, PA 19063

Guy Alston, IV
4723 Bleigh Avenue
Philadelphia, PA 19136

1