UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| | : | Bankruptcy No. 18-12211AMC |
| GUY ALSTON, IV | : | |
| Debtor | : | |

## CONSENT ORDER (DEBTOR NOT SEEKING NOR ENTITLED TO DISCHARGE)

**AND NOW**, this __10th__ day of __October__, 2018, upon agreement of the parties as to whether debtors is entitled to a discharge, it is

**ORDERED**, that pursuant to 11 U.S.C. Section 1328(f)(1) and in light of debtor receiving a Chapter 7 discharge in Bankruptcy Case No 17-11526 on 11/13/17, which was during the 4 year period preceding the date of the filing under the instant Chapter 13 case filed on April 2, 2018, the court shall not grant a discharge in the instant case.

Date: October 9, 2018

/s/ Scott F. Waterman
Scott F. Waterman, Esquire
Attorney for Debtor

/s/ Jack K. Miller, Esquire

Jack K. Miller, Esquire
for William C. Miller, Esquire
Chapter 13 Standing Trustee

BY THE COURT

_____
HONORABLE ASHELY M. CHAN
BANKRUTPCY JUDGE

Scott F. Waterman, Esquire
110 West Front Street
Media, PA 19063

Guy Alston, IV
4723 Bleigh Avenue
Philadelphia, PA 19136