United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Guy Alston, IV  
     Debtor

Case No. 18-12211-amc  
Chapter 13

## CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0313-2 | User: YvetteWD | Page 1 of 1 | Date Rcvd: Oct 11, 2018 |
| | Form ID: pdf900 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 13, 2018.
```
db             +Guy Alston, IV,    4723 Bleigh Avenue,    Philadelphia, PA 19136-4101
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                              TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2018            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 11, 2018 at the address(es) listed below:
```
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
               ecfemails@ph13trustee.com
              KEVIN G. MCDONALD    on behalf of Creditor   U.S. Bank National Association (Trustee for the
               Pennsylvania Housing Finance Agency) bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor   U.S. Bank National Association (Trustee for the
               Pennsylvania Housing Finance Agency) lhaller@pkh.com,    dmaurer@pkh.com;mgutshall@pkh.com
              SCOTT F. WATERMAN    on behalf of Debtor Guy  Alston, IV scottfwaterman@gmail.com,
               scottfwaterman@gmail.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 6
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re                                            :    Chapter 13
                                                 :    Bankruptcy No. 18-12211AMC
    GUY ALSTON, IV                          :
                        Debtor                   :

**CONSENT ORDER (DEBTOR NOT SEEKING NOR ENTITLED TO DISCHARGE)**

    **AND NOW,** this __10th__ day of __October__, 2018, upon agreement of the parties as to whether debtors is entitled to a discharge, it is

    **ORDERED,** that pursuant to 11 U.S.C. Section 1328(f)(1) and in light of debtor receiving a Chapter 7 discharge in Bankruptcy Case No 17-11526 on 11/13/17, which was during the 4 year period preceding the date of the filing under the instant Chapter 13 case filed on April 2, 2018, the court shall not grant a discharge in the instant case.

Date: October 9, 2018

/s/ *Scott F. Waterman*
Scott F. Waterman, Esquire
Attorney for Debtor


/s/ Jack K. Miller, Esquire
_____
Jack K. Miller, Esquire
for William C. Miller, Esquire
Chapter 13 Standing Trustee

BY THE COURT

_____
HONORABLE ASHELY M. CHAN
BANKRUTPCY JUDGE

Scott F. Waterman, Esquire
110 West Front Street
Media, PA 19063

Guy Alston, IV
4723 Bleigh Avenue
Philadelphia, PA 19136

1