# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Guy Alston IV<br>    Debtor<br><br>U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY)<br>    Movant<br>  vs.<br><br>Guy Alston IV<br>    Respondent | CHAPTER 13<br><br><br><br>NO. 18-12211 AMC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection of U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) to Confirmation of Chapter 13 Plan, which was filed with the Court on or about May 30, 2018 (Document No. 16).

        Respectfully submitted,

        **/s/ Kevin G. McDonald, Esquire**
        Kevin G. McDonald, Esquire
        Attorney for Movant
        KML Law Group, P.C.
        BNY Mellon Independence Center
        701 Market Street, Suite 5000
        Philadelphia, PA  19106
        215-627-1322

December 3, 2018