IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: GUY ALSTON, IV  **Debtor(s)** | CHAPTER 13 |
| SANTANDER CONSUMER USA INC.  **Moving Party** | Case No.: 18-12211 (AMC) |
| v. | Hearing Date: 1-29-19 at 11:00 AM |
| GUY ALSTON, IV  THERESA ALSTON  **Respondent(s)** | 11 U.S.C. 362 |
| | 11 U.S.C. 1301 |
| WILLIAM C. MILLER  **Trustee** | |

### ORDER VACATING THE AUTOMATIC STAY AND CO-DEBTOR STAY AS TO PERSONAL PROPERTY

Upon the motion of Santander Consumer USA Inc., under Bankruptcy Code sections 362(d) and 1301 for relief from the automatic stay and co-debtor stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) and the co-debtor stay of the Bankruptcy Code section 1301 are vacated pursuant to Fed.R.Bankr.P., Rule 4001(a)(3) to permit the movant to pursue the movant's state court rights in the personal property described as a **2006 Mercedes ML 500** bearing vehicle identification number 4JGBB75E26A027487 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

Dated: **January 29, 2019**

_____
UNITED STATES BANKRUPTCY JUDGE