# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
|     GUY ALSTON, IV | : |
|         Debtor | : BANKRUPTCY NO.  18-12211AMC |

## **PRAECIPE**

Kindly relist the above captioned Chapter 13 Bankruptcy Case for a confirmation hearing to June 25, 2019 at 10:00 a.m.

                `                      Respectfully submitted,

/s/ William C. Miller

Date:  May 6, 2019                              _____

                                            William C. Miller, Esquire
                                            Chapter 13 Standing Trustee