United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 18-12211-amc
Guy Alston, IV                                                      Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: YvetteWD         Page 1 of 1            Date Rcvd: May 07, 2019
                            Form ID: 152           Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 09, 2019.
```
db            +Guy Alston, IV,   4723 Bleigh Avenue,    Philadelphia, PA 19136-4101
14084172      +Philadelphia Co Drs,    34 S 11th St Rm 304,    Philadelphia, PA 19107-3623
14104119      +Philadelphia Gas Works,    800 W Montgomery Avenue,    Philadelphia Pa 19122-2898,
               Attn: Bankruptcy Dept 3F
14292824      +SANTANDER CONSUMER USA INC.,    P.O. BOX 961245,    FORT WORTH, TX 76161-0244
14253286      +Santander Consumer USA Inc.,    C/O WILLIAM EDWARD CRAIG,    110 Marter Avenue,   Suite 301,
               Moorestown, NJ 08057-3124
14100997      +Santander Consumer USA, Inc.,    P.O. Box 560284,    Dallas, TX 75356-0284
14110318      +U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PE,    211 North Front Street,
               Harrisburg, PA 17101-1406
14084173      +Wells Fargo Bank Auto,    Po Box 29704,   Phoenix, AZ 85038-9704
14084174      +Wfds,   Po Box 1697,    Winterville, NC 28590-1697
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: megan.harper@phila.gov May 08 2019 02:43:33     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 08 2019 02:43:10
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 08 2019 02:43:26     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,   Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14195589       E-mail/Text: megan.harper@phila.gov May 08 2019 02:43:33     City of Philadelphia,
               Law Department  Tax Unit,   Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
               Philadelphia, PA  19102-1595
14084171      +E-mail/Text: blegal@phfa.org May 08 2019 02:43:20     Pa Housing Finance Age,   211 N Front St,
               Harrisburg, PA 17101-1406
                                                                                              TOTAL: 5
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 7, 2019 at the address(es) listed below:
```
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
               ecfemails@ph13trustee.com
              KEVIN G. MCDONALD    on behalf of Creditor    U.S. Bank National Association (Trustee for the
               Pennsylvania Housing Finance Agency) bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor    U.S. Bank National Association (Trustee for the
               Pennsylvania Housing Finance Agency) lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com
              PATRICIA M. MAYER    on behalf of Debtor Guy Alston, IV patriciamayerpc@gmail.com,
               nydia.ramirez@comcast.net;mayerpr86037@notify.bestcase.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA Inc.
               ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                              TOTAL: 7
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Guy Alston, IV
    Debtor(s)

Case No: 18−12211−amc
Chapter: 13

___

### *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Ashely M. Chan

, United States Bankruptcy Court 6/25/19 at 10:00 AM , in Courtroom #4, 900 Market Street, Philadelphia, PA 19107

    For The Court

    Timothy B. McGrath
    Clerk of Court

64
Form 152