IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Guy Alston, IV : Chapter 13
          Debtor :
                               :
                               : No. 18-12211-amc

## **ORDER**

AND NOW, this  5th   day of  November  , 2019 upon application of SCOTT F. WATERMAN, ESQUIRE, counsel for the above-captioned Debtor, for Approval of Counsel Fees in the sum of $3,500.00, and costs in the amount of $400.00, and no objections or responsive pleading thereto having been filed, it is hereby ORDERED that the said Application is APPROVED.  The amount of $1,500.00 shall be paid from available funds by the Chapter 13 Trustee in accordance with the terms of the confirmed plan.

                                            BY THE COURT:

_____
Ashely M. Chan, Bankruptcy Judge