# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| In Re:  Withdrawal of Counsel           Patricia M. Mayer, Esquire           and Substitution of Counsel           Howard Gershman, Esquire | Miscellaneous No. 19-03006 |

## NOTICE

On this 31st day of December 2019, notice is hereby given that pursuant to Local Bankruptcy Rule 2091-1, Patricia M. Mayer has withdrawn her appearance as counsel and Howard Gershman has been substituted as counsel of record pursuant to the attached list of cases.

                                                                                                Timothy B. McGrath
                                                                                                Clerk of Court

**Cases to be transferred from Patricia Mayer, Esquire to Howard Gershman, Esquire**

| Name | Case Number |
|---|---|
| Guy Alston | 18-12211amc |
| Nicholas & Andrea Angelico | 15-18443mdc |
| Laurie Balent | 14-14783mdc |
| Michael & Darlena Beard | 18-13872amc |
| Paul Bernstein | 18-13446elf |
| Theodore Blucas | 18-15528elf |
| Susan Boyle | 17-14786jkf |
| Sean & Mary Browne | 18-16386elf |
| Brian Bunch | 17-13458jkf |
| Heather Burkart | 14-19614mdc |
| Laura Byrne | 17-14781mdc |
| Christy Decker | 18-16709amc |
| Thomas & Crystal Derr | 15-14630mdc |
| Melissa Dondero | 16-14035elf |
| Heath & Stacy Epstein | 16-10852elf |
| Ronald Evans | 18-15365mdc |
| Holly Gleisberg | 19-12431elf |
| Thomas Goehrig | 16-12995mdc |
| Jennifer Hoff | 15-18137jkf |
| Sadmir Ibric | 15-13742mdc |
| Valerie Jones | 18-13620elf |
| Patsy Long | 17-12650jkf |
| Edward MacEntee | 16-16707amc |
| Margaret McCluskey | 18-13229amc |

| | |
|---|---|
| William & Anita McMicken | 16-17705jkf |
| Susan Mindick | 16-17793amc |
| Robert & Cathy Mitchell | 17-12529jkf |
| Brian & Eileen Morris | 14-16893jkf |
| Ilene Morris | 18-11541amc |
| Joanne Mulzet | 17-17588amc |
| Joseph & Eileen Mumm | 15-10622elf |
| Kevin Murray | 17-12115amc |
| Hamidullah Nasrat | 16-17460mdc |
| Joseph & Leslie Navarro | 17-13242elf |
| Gerald Popp | 17-10583jkf |
| Tara Roe | 18-14713mdc |
| Kathleen Sasso | 15-17804amc |
| Brian Sottile | 16-13366mdc |
| Nikki Stern | 18-17693mdc |
| Michael & Terianne Taggart | 18-10601amc |
| James & Clare Thatcher | 18-15901jkf |
| Gladys Thompson | 18-12829elf |
| Amy Tommarelli | 19-10314mdc |
| Todd & Melissa Trice | 17-10756mdc |
| Daniel & Angelia Wehlau | 18-16741jkf |
| Hubert & Christine White | 18-12043jkf |