**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | Chapter 13 |
| GUY ALSTON, IV | |
| Debtor | Bankruptcy No. 18-12211-ELF |

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: September 1, 2020**

_____
Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
PATRICIA M. MAYER, ESQUIRE
PATRICIA M. MAYER, PC
301 OXFORD VALLEY RD - SUITE 203B
YARDLEY, PA 19067-

Debtor:
GUY  ALSTON, IV

4723 BLEIGH AVENUE

PHILADELPHIA, PA 19136